**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

2026 APR -8 P 5 36

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | Criminal No.: 1:26-cr-00043-JAW |
| **DEVIN AUSTIN BISHOP** | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Failure to report arrival and present for inspection – 19 U.S.C. § 1433)**

On about February 22, 2026, in the District of Maine, the defendant,

**DEVIN AUSTIN BISHOP**

did unlawfully and intentionally fail to comply with the provisions of 19 U.S.C. § 1433, by failing to report his arrival and present a vehicle, and all persons and merchandise (including baggage) on board, for inspection, immediately upon the arrival of the vehicle in the United States at a border crossing point, as the person in charge of the vehicle.

Thus, the defendant violated Title 19, United States Code, Sections 1433(b) and 1436(a)(1), (c).

### COUNT TWO
**(Assault on a Federal Officer – 18 U.S.C. § 111(a))**

On about February 22, 2026, in the District of Maine, the defendant

**DEVIN AUSTIN BISHOP**

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with C.C., an Officer with U.S. Customs and Border Protection, Office of Field Operations while C.C. was engaged in the performance of his official duties and on account of that performance. The defendant's acts involved physical contact with C.C. and inflicted bodily injury upon C.C.

Thus, the defendant violated Title 18, United States Code, Sections 111(a)(1) and (b).

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

Date: 4/8/26

_Joel B. Casey_
Assistant United States Attorney