1:26-cr-00043-JAW

## Synopsis
## (Indictment)

2026 APR -8 P 5:34

| | |
|---|---|
| **Name:** | Devin Austin Bishop |
| **Address:** (City & State Only) | Manchester, Connecticut |
| **Year of Birth and Age:** | 1996; 29 years |
| **Violations:** | Count 1: Failure to report and present for inspection. *See* 19 U.S.C. §§ 1433(b), 1436(a)(1), (c)<br><br>Count 2: Assaulting, Resisting, or Impeding Certain Officers or Employees with Bodily Injury. *See* 18 U.S.C. § 111(a)(1). |
| **Penalties:** | Count 1: Up to one year of imprisonment and a fine of not more than **$100,000**, or both. Up to 5 years of probation. (Class A misdemeanor) *See* 19 U.S.C. § 1436(c); 18 U.S.C. §§ 3561(c)(2), 3571(b)(5), 3571(e).<br><br>Count 2: Not more than 20 years, a fine of $250,000, or both. *See* 18 U.S.C. §§ 111(b), 3571(b)(3). |
| **Supervised Release:** | Count 1: Up to one year. *See* 18 U.S.C. § 3583(b)(3).<br><br>Count 2: Up to three years. *See* 18 U.S.C. § 3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Up to one year. *See* 18 U.S.C. § 3583(e)(3).<br><br>Count 2: Not more than 2 years per violation. *See* 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Up to one year, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h).<br><br>Count 2: Up to 3 years, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h). |

1

| | |
|---|---|
| **Defendant's Attorney:** | Matthew Morgan, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | FBI SA Jennifer Misek |
| **Detention Status:** | Detained |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | NA |
| **County:** | Washington |
| **AUSA:** | Joel B. Casey |
| **Guidelines apply?** | Yes |
| **Victim Case:** | YES |
| **Corporate Victims Owed Restitution?** | None |
| **Assessments:** | Count 1: $25.00; 18 U.S.C. § 3013(a)(1)(A)(iii)<br><br>Count 2: $100.00 per count. *See* 18 U.S.C. § 3013(a)(2)(A). |