UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

UNITED STATES OF AMERICA     )
     )
     v.     )     Case No.  1:26-cr-00043-JAW
     )
DEVIN BISHOP     )

**SECOND MOTION FOR ORDER
SETTING TEMPORARY CONDITIONS OF RELEASE**

NOW COMES Defendant Devin Bishop (hereinafter "Bishop"), by and through undersigned counsel, and hereby moves this Court to enter a temporary order permitting his release for purposes of completing a mental health evaluation at Catholic Charities in Portland, Maine and states as follows.

Bishop appeared before this Court for a Detention Hearing in Portland on March 19, 2026. At that time, Bishop agreed to continue the Detention Hearing and remain detained while he worked with US Pretrial Services to identify an independent mental health evaluator based on concerns raised by the Court following the parties' presentations at the Detention Hearing. Bishop later appeared before this Court again on March 31, 2026, on his Motion for Order Setting Temporary Conditions of Release and agreed to have an evaluation completed in-custody by Alternative Correctional Healthcare. Despite representations Alternative Correctional Healthcare made to US Pretrial Services on March 31, it is not able or willing to provide Bishop with the necessary evaluation. Bishop remains detained at the Somerset County Jail in Madison, Maine.

US Pretrial Services previously arranged for Bishop to be evaluated at Catholic Charities in Portland, Maine on April 2, 2026 from 12:00 PM to 4:00 PM. Bishop wishes to attend an evaluation for the reasons discussed at the March 19 Detention Hearing. Counsel for Bishop's mother and father, Susan and David, are willing and able to transport Bishop to and from Somerset County Jail to Catholic Charities.[1]

Bishop moves this Court to grant temporary conditions of release allowing his release on a date to be determined by Pretrial Services for a period of time necessary for Bishop to travel to and from Catholic Charities in Portland (assuming approximately three hours of travel time) and attend the scheduled hearing (assuming approximately four hours evaluation time)

The Attorney for the Government opposes this Motion.

US Probation and Pretrial Services takes no position on this Motion.

WHEREFORE, for the foregoing reasons, Bishop respectfully requests this Court enter an order allowing for his temporary release on a date to be determined in conjunction with US Pretrial Services for purposes of traveling to and from Catholic Charities in Portland, Maine to attend a mental health evaluation at Catholic Charities.

Date: April 9, 2026         */s/Matthew D. Morgan*
MATTHEW D. MORGAN, ESQ.
McKee Morgan, P.A.
133 State Street
Augusta, ME.   04330
(207) 620-8294
*mmorgan@mckeemorgan.com*

---

[1] It takes approximately 1 hour and 30 minutes to travel from the Somerset County Jail to Catholic Charities.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.  1:26-mj-67-JCN |
| | ) | |
| DEVIN BISHOP | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, I electronically filed the above Second Motion for Order Setting Temporary Conditions of Release with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney's Office, Bangor, Maine.

Date: April 9, 2026

/s/Matthew D. Morgan
MATTHEW D. MORGAN, ESQ.
McKee Morgan, P.A.
133 State Street
Augusta, ME.   04330
(207) 620-8294
*mmorgan@mckeemorgan.com*

3